1004

[No. 32256-1-II.   Division Two.   January 4, 2006.]

ROSALIE A. HYATT ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-11626-8, Kathryn J. Nelson, J., entered September 9, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Bridgewater, J. Now published at 132 Wn. App. 387.

[Nos. 32262-5-II; 32929-8-II.   Division Two.   January 4, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE WIZARD WAGNER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01681-2, Robert L. Harris, J., entered August 20, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 32616-7-II.   Division Two.   January 4, 2006.]

ROCKY C. IOVINELLI, *Respondent*, v. KING COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-2-00350-8, Karen B. Conoley, J. Pro Tem, entered December 3, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 33144-6-II.   Division Two.   January 4, 2006.]

PAUL E. BRAIN ET AL., *Appellants*, v. JOHN DOE ET AL., *Defendants*, PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-10708-9, Lisa R. Worswick, J., entered April 14, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.